# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**MICHAEL BERNERT,**

    Plaintiff(s),

**-vs-**

                                **CASE NO. 3:10-cv-403**

                                **District Judge Timothy S. Black**

**FINANCIAL MANAGEMENT SYSTEMS,**

    Defendant(s).

## JUDGMENT IN A CIVIL CASE

**[ ] Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X] Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED:** that on April 27, 2011 Plaintiff filed an Acceptance of Defendant's Offer of Judgment, which states that Plaintiff will take Judgment against Defendant in this action in the amount of $500.00 in statutory damages, plus reasonable attorney's fee and costs incurred through April 18, 2011. The parties recently agreed to an award in the amount of $3,000.00 to Plaintiff as reasonable attorney's fees and costs. Thus, pursuant to Federal Rule of Civil Procedure 68, the Court enters judgment against Defendant in the sum of $500.00 in statutory damages, plus $3,000.00 as reasonable attorney's fees and costs. This case is **CLOSED**.

Date:  May 6, 2011                                     **JAMES BONINI, CLERK**

                                                               By: <u>s/ M. Rogers</u>
                                                                Deputy Clerk